PROB 22
(Rev. 04/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0971 3:18CR00003 |
| DOCKET NUMBER *(Rec. Court)* | 2:25-cr-0290 DAD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Desean Bailey<br>Fairfield, California | Northern District of California | San Francisco |

**FILED**
Dec 23, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NAME OF SENTENCING JUDGE
The Honorable Charles R. Breyer Senior U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 09/15/25 | 09/14/26 |

OFFENSE
Felon in Possession of a Firearm and Ammunition 18 U.S.C. § 922(g)(1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Bailey has established residence and employment in Fairfield, California

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 19, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF ______

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 23, 2025
*Effective Date*

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

Prepared by: ME