**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

# M E M O R A N D U M

**Honorable Carolyn K. Delaney**
**Chief United States Magistrate Judge**
**Sacramento, California**

**RE: Desean Bailey**
**Docket Number: 0972 2:25CR00290-001**

Your Honor:

On October 26, 2026, Desean Bailey appeared in the Northern District of California for an Initial Appearance on the Petition for Warrant or Summons for Person Under Supervision filed on September 9, 2026. Mr. Bailey was ordered released and was ordered to comply with all previously imposed conditions of supervised release. Mr. Bailey was ordered to attend all future court hearings in the Eastern District of California. It is requested that a status hearing be scheduled for October 29, 2026, at 2:00 p.m. before Your Honor.

**Respectfully submitted,**

**Miriam E. Olea**
**United States Probation Officer**

**Reviewed by,**

**Shannon L. Morehouse**
**Supervisory United States Probation Officer**

**Dated:** October 28, 2026
Sacramento, California

CC:

United States Probation

Assistant United States Attorney: To Be Assigned

Defense Counsel: To Be Assigned